Argued and submitted September 29, reversed and remanded November 2, 1994

STATE OF OREGON,
*Appellant,*

*v.*

SCOTT ALAN ROVIG,
*Respondent.*

(10-92-06058A; CA A78814)

883 P2d 1339

Timothy A. Sylwester, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Diane L. Alessi, Chief Deputy Public Defender, argued the cause for respondent. With her on the brief was Sally L. Avera, Public Defender.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded. *State v. Conger,* 319 Or 484, 878 P2d 1089 (1994).